CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 16 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LINDA BOOKER,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE[1], COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL NO. 6:06cv00036<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On January 25, 2007, I referred this case to the Honorable Michael F. Urbanski, United

States Magistrate Judge, for proposed findings of fact and a recommended disposition. The

parties subsequently filed cross motions for summary judgment, and on June 14, 2007, the

Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Urbanski

recommended that the decision of the Administrative Law Judge ("ALJ") be affirmed. After a

review of the entire record in this case, and no objection having been filed to the Report within

ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1.      the January 25, 2007, Report shall be, and hereby is, ADOPTED in its entirety;

2.      the Commissioner's decision is AFFIRMED and his motion for summary

        judgment GRANTED;

3.      Plaintiff's motion for summary judgment is DENIED.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule
25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for former
Commissioner Jo Anne B. Barnhart, as the defendant in this suit. No further action need be taken to continue this suit
by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

- 1 -

It is so ORDERED.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all

counsel of record and to Magistrate Judge Urbanski.

ENTERED: _Norm. L. Mon_
United States District Judge

_July 16, 2007_
Date

- 2 -